LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARK HARRIS, | No. EDCV 10-1368 PLA |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($2,700.00) subject to the terms of the stipulation.

DATE: 6/20/11

HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

FILED
CLERK, U.S. DISTRICT COURT
JUN 20 2011
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY